IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JOSEPH DURAN, JR.,

    Petitioner,                     No. CIV-S-04-1875 DFL KJM P

    vs.

JAMES POPE,

    Respondent.                  <u>ORDER</u>

                             /

        Petitioner, a Shasta County Jail prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Respondent is directed to file an answer within sixty days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

        2.  Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

1

1    3.  The Clerk of the Court shall serve a copy of this order together with a copy of
2 petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney
3 General.
4 DATED: May 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
pope1875.100