IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JOSEPH DURAN, JR.,

    Petitioner,        No. CIV-S-04-1875 DFL KJM P

  vs.

JAMES POPE,

    Respondent.        ORDER TO SHOW CAUSE

_____/

        Petitioner, a Shasta County Jail prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  On May 17, 2005, the court granted respondent sixty days within which to file a response to petitioner's habeas application.  Respondent has not complied with the court's order.  Good cause appearing, IT IS HEREBY ORDERED that respondent show cause within ten days of this order why sanctions should not imposed for respondent's failure to comply with this court's May 17, 2005 order.

DATED: October 11, 2005.

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

1
pope1875.osc