1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES JOSEPH DURAN, JR.,

11          Petitioner,                    No. CIV S-04-1875 DFL KJM P

12      vs.

13   JAMES POPE,

14          Respondent.              ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus under 28 U.S.C. § 2254.   On October 12, 2005, the court ordered respondent to

18   show cause why he should not be sanctioned for failing to respond to the court's May 17, 2005

19   order.  Respondent filed a response to the order to show cause on October 18, 2005.

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

                                    1

1    Good cause appearing  IT IS HEREBY ORDERED that:

2    1.  The court's October 12, 2005 order to show cause is discharged;

3    2.  The Clerk of the Court is directed to serve respondent's counsel with a copy of

4    petitioner's November 11, 2004 amended petition for writ of habeas corpus; and

5    3.  Respondent shall file a response to petitioner's application for writ of habeas

6    corpus within thirty days of this order.

7    DATED:  October 25, 2005.

8

9    _____
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14   1
     dura1875.ext

15

16

17

18

19

20

21

22

23

24

25

26