IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JOSEPH DURAN, JR.,

    Petitioner,          No. CIV S-04-1875 DFL KJM P

    vs.

JAMES POPE,

    Respondent.          ORDER

_____/

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On October 12, 2005, the court ordered respondent to show cause why he should not be sanctioned for failing to respond to the court's May 17, 2005 order. Respondent filed a response to the order to show cause on October 18, 2005.

/////
/////
/////
/////
/////
/////
/////

1

1       Good cause appearing  IT IS HEREBY ORDERED that:

2       1. The court's October 12, 2005 order to show cause is discharged;

3       2. The Clerk of the Court is directed to serve respondent's counsel with a copy of

4 petitioner's November 11, 2004 amended petition for writ of habeas corpus; and

5       3. Respondent shall file a response to petitioner's application for writ of habeas

6 corpus within thirty days of this order.

7 DATED:  October 25, 2005.

                                                                    UNITED STATES MAGISTRATE JUDGE

---

1 dura1875.ext

2