IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JAMES JOSEPH DURAN, JR.,**                          CIV S-04-1875 DFL KJM P

                                     Petitioner,       **ORDER**

            **v.**

**JAMES POPE,**

                                     Respondent.

        Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to

Petitioner's Petition for Writ of Habeas Corpus be filed on or before 30 days from the date this

order is filed.

Dated:  December 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1